[Strafford, December, 1885.]

Seavey, *Adm'r, v.* Roberts, *Ap't.*

PROBATE APPEAL.

Blodgett, J. The estate of Jewett Wrisley has no claim to the legacy in any view of the case; and this being so, it is obvious that as administrator *de bonis non* of that estate, the plaintiff is not entitled to recover it. The probate court having decreed otherwise, the appeal is sustained, and the

*Decree reversed.*

Carpenter, J., did not sit: the others concurred.

*Samuel M. Wheeler*, for the plaintiff.

*Copeland & Edgerly*, for the appellant.